**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SONIA YETSABETH PACHECO SUAREZ** | **CASE NO. 6:26-CV-02755 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN SOUTH LOUISIANA ICE PROCESSING CENTER ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 8], together with objections filed by Petitioner Pacheco Suarez ("Petitioner") [Doc. No. 9], and after a de novo review of the record, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and all claims against Respondents are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 3rd day of November, 2026.

Terry A. Doughty
United States District Judge